MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
Mark D. Hesiak, Esq., Bar No. 12397
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
mdh@mcnuttlawfirm.com
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JULIAN ALEXANDER, individually,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; LVMPD SERGEANT NICHOLAS BRIGANDI (P #12933); LVMPD SERGEANT CURTIS MCGUIRE (P #9367); LVMPD OFFICER IAN SOMMERS (P #17685); LVMPD OFFICER WILLIAM GARRETT RADER; LVMPD SUPERVISING OFFICER JOHN BERRY (P #14201); LVMPD OFFICER FRANCIS BANGAYAN (P #20795); LVMPD OFFICER DEVON MCNEIL (P #20806); LVMPD OFFICER KAYLEY COLE (P #20736); LVMPD OFFICER VALARIO; and "DOE OFFICER(S)",<br><br>Defendants. | Case No.: 2:25-cv-02052-JAD-MDC<br><br>**Stipulation and Order to Extend Response Deadline for LVMPD Defendants**<br><br>***First Request*** |

Through their respective undersigned counsel, the Parties hereby stipulate to extend the time for Defendants Las Vega Metropolitan Police Department (LVMPD), LVMPD Sergeant Nicholas Bigandi, LVMPD Sergeant Curtis McGuire, LVMPD Officer Ian Sommers, LVMPD Officer William Garrett Rader, LVMPD Supervising Officer John Berry, LVMPD Officer Francis Bangayan, LVMPD Officer Devon McNeil, LVMPD Officer Kayley Cole, and "LVMPD Officer

Valario"[1] to answer or otherwise appear in response to Plaintiff's Second Amended Complaint to September 11, 2026.

This is the Parties' first request for an extension of this deadline. This Stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.

MCNUTT LAW FIRM, P.C.

*/s/ Dan McNutt*
Dan McNutt, Esq. (Bar No. 7815)
Matt Wolf, Esq. (Bar No. 10801)
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
*Counsel for LVMPD Defendants*

CLEAR COUNSEL LAW GROUP

*/s/ Stephen Stubbs*
Jared Richards, Esq. (Bar No. 11254)
Stephen Stubbs, Esq. (Bar No. 10449)
1671 West Horizon Ridge Pkwy., Suite 1400
Henderson, Nevada 89012
*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: 9-2-26

[1] To date, LVMPD has been unable to identify an "Officer Valario."