Jared R. Richards, Esq.
Nevada Bar No. 11254
Stephen P. Stubbs, Esq.
Nevada Bar No. 10449
CLEAR COUNSEL LAW GROUP
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89012
Telephone: (702) 476-5900
Facsímile: (702) 924-0709
jared@clearcounsel.com
stephen@clearcounsel.com
*Attorneys for Julian Alexander*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JULIAN ALEXANDER

Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; LVMPD SERGEANT NICHOLAS BRIGANDI (P #12933); LVMPD SERGEANT CURTIS MCGUIRE (P #9367); LVMPD OFFICER IAN SOMMERS (P #17685); LVMPD OFFICER WILLIAM GARRETT RADER; LVMPD SUPERVISING OFFICER JOHN BERRY (P #14201); LVMPD OFFICER FRANCIS BANGAYAN (P #20795); LVMPD OFFICER DEVON MCNEIL (P #20806); LVMPD OFFICER KAYLEY COLE (P #20736); LVMPD OFFICER VANARIO; and "DOE OFFICER(S)",

Defendants.

Case No.: 2:25-cv-02052-JAD-MDC

**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS TO DEFENDANTS' MOTION TO STAY DISCOVERY**

Plaintiff, Julian Alexander, by and through attorneys of record, Clear Counsel Law Group, and Defendants Las Vegas Metropolitan Police Department, LVMPD Sergeant Nicholas Brigandi, LVMPD Officer Ian Sommers, LVMPD Officer William Garrett Rader, LVMPD Supervising

Officer John Berry, LVMPD Officer Francis Bangayan, LVMPD Officer Kayley Cole and LVMPD Officer Vanario, through their counsel, the McNutt Law Firm, hereby stipulate to extend the deadline to file responsive pleadings to Defendants' Motion to Stay Discovery until November 10, 2026.

IT IS SO STIPULATED.

MCNUTT LAW FIRM, P.C.

*/s/ Matt Wolf*
Dan McNutt, Esq. (Bar No. 7815)
Matt Wolf, Esq. (Bar No. 10801)
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
*Attorneys for LVMPD Defendants*

CLEAR COUNSEL LAW GROUP

*/s/ Stephen Stubbs*
Jared R. Richards, Esq. (11254)
Stephen P. Stubbs, Esq. (10449)
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89012
*Attorneys for Julian Alexander*

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE
DATED: November 2, 2026